**UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF MISSOURI | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JOINT STATUS REPORT** |
| UNION ELECTRIC COMPANY D/B/A AMEREN MISSOURI | ) ) ) | Case No.: 22-cv-1038 JAR |
| Defendant. | ) ) ) | |

Pursuant to the Court's February 17, 2023 Order granting Parties' Joint Motion to Stay All Deadlines, the Parties are submitting this Joint Status Report.

On September 28, 2022, the United States lodged a proposed Consent Decree with the Court, pending a public comment period consistent with Section 122(d)(2) of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9622(d)(2), 28 C.F.R. § 50.7 and the public participation requirements of Section 7003(d) of RCRA, 42 U.S.C. § 6973(d). The United States filed a Notice of Withdrawal of the Consent Decree lodged with the Court on September 28, 2022. Dkt 19.  The Parties were granted a Stay on February 17, 2023 while investigations continued into whether the remedy needs to be altered. Dkt. 21.

As explained in the notice of withdrawal, as part of routine sampling, Union Electric Company ("Ameren") discovered that two wells in OU4 started to show detections of unexpected concentrations of site contaminants. On January 17–26, 2023, EPA conducted investigative sampling at OU4 for the purpose of characterizing contamination around the wells, determining the source of the unexpected contamination, and determining whether future

response actions to address contamination would be appropriate given the increased levels of contamination seen at these two wells.

Following the discovery of offsite VOC impacts and with the approval and oversight of EPA, Ameren implemented various interim remedial measures within OU4 to mitigate groundwater impacts.  Those efforts include an ongoing soil treatment pilot project at the Substation property described below.

On March 17, 2023, Ameren agreed to perform a Focused Feasibility Study (FFS) under its Remedial Investigation/Feasibility Study Administrative Settlement Agreement and Order on Consent (ASAOC). The FFS is a detailed evaluation of alternative remedial actions and any needed revisions to the existing remedy to address contamination to achieve Remedial Action Objectives (RAO) identified by EPA.

On July 17, 2023, Ameren submitted a draft FFS Report to EPA for review and comment. EPA provided comments, and Ameren submitted a Supplemental FFS on March 30, 2024. EPA provided further comments to Ameren on June 28, 2024.  Ameren submitted the revised FFS report to EPA on June 20, 2025. During this time,  Ameren also completed, and EPA approved, an Updated Screening and Ecological Risk Assessment, a Groundwater Flow Monitoring Report, and a Conceptual Site Model (CSM) report. The CSM report provides a foundation for the Supplemental Remedial Investigation Report and the Supplemental FFS report, both of which are currently under EPA review.

In January 2026, Ameren proposed a pilot study to address source area soils within the Substation during the replacement of a transformer. The replacement of the transformer provided a short window of time to access soils that had been, and would again be, inaccessible once the new transformer was in place. EPA agreed to the pilot study to speed up the long-term cleanup of the

2

site and evaluate the specific type of treatment Ameren had proposed. Soil treatment activities are expected to continue through Fall 2026 and will provide essential information for the FFS Report. Due to the pilot study, EPA anticipates the FFS Report should be finalized in approximately October 2027.

After a final FFS Report is approved, EPA will evaluate whether a change to the remedy is warranted, including whether to amend or alter the remedy selected in the June 30, 2021 Record of Decision. EPA states that it does not expect this process to be complete within the next six months. Ameren believes that given the advanced stage of the project, supported by ongoing groundwater monitoring results submitted to EPA, a shorter time frame is both possible and preferable.

Once a final decision has been made on whether the remedy is being altered, the United States will engage with Ameren on whether the parties can reach agreement to any needed changes to the previous Consent Decree and return to Court.

Respectfully Submitted,

**FOR THE UNITED STATES OF AMERICA:**

Dated: 08/11/2026

Adam Gustafson
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ Zachary N. Moor
Zachary N. Moor (MA No. 681469)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
PO Box 7611
Washington, DC 20044

(202) 532-3394
zachary.moor@usdoj.gov

**FOR THE STATE OF MISSOURI:**

**CATHERINE L. HANAWAY**
Attorney General


/s/ *Richard N. Groeneman*
Assistant Attorney General
Federal Bar No.: 57157MO
815 Olive Street, Suite 200
P. O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7834
Facsimile: (573) 751-5660
Richard.Groeneman@ago.mo.gov

**FOR UNION ELECTRIC COMPANY D/B/A AMEREN MISSOURI:**

BRYAN CAVE LEIGHTON PAISNER LLP
/s/ Mark B. Leadlove
Mark B. Leadlove, # 33205
One Metropolitan Square
211 N. Broadway, Suite
3600 St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
mbleadlove@bclplaw.com

6

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of Missouri by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Zachary N. Moor
Zachary N. Moor
Senior Attorney
U.S. Department of Justice