**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

UNION ELECTRIC COMPANY d/b/a AMEREN MISSOURI,

Defendant.

Civ. No. 4:22-CV-1038

**NOTICE OF APPEARANCE**

TO: All Counsel of Record;

AND TO: Clerk of the Court.

COMES NOW Mark Gallagher of the United States Department of Justice and who hereby provides notice of appearance as counsel for the United States in the above-captioned case.

Respectfully Submitted

*/s/ Mark Gallagher*

Mark A. Gallagher (400620DC)
Senior Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Environmental Enforcement Section
Washington, DC 20044-7611
(202) 532-3321
mark.gallagher@usdoj.gov

---

**CERTIFICATION**

I certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Mark Gallagher*
Mark Gallagher