**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA, *et al*.,

Plaintiffs,

v.

UNION ELECTRIC COMPANY d/b/a AMEREN MISSOURI,

Defendant.

Civ. No. 4:22-cv-1038

**JOINT STATUS REPORT**

The Parties submit this joint status report in accordance with the Court's February 17, 2023, Order (DN 21) granting Parties' Joint Motion to Stay All Deadlines.

In September 2022, the United States lodged a proposed consent decree with the Court, pending a period for public comment. (DN 2.) The consent decree provided for Ameren Missouri to perform an EPA-selected cleanup remedy at the Findett/Hayford Bridge Groundwater Superfund Site in St. Charles, Missouri.

Thereafter, additional investigation of groundwater north of Ameren's Huster substation, referred to as "Operable Unit 4" (OU4), started to show detections of unexpected concentrations of contaminants. In January 2023, EPA conducted investigative sampling at OU4 to characterize the contamination around the groundwater wells, to determine the source of the unexpected contamination, and to determine whether future response actions would be needed to address this contamination.

Because of this newly discovered information, in February 2023, the United States filed a notice of withdrawal of the consent decree. *See* DN 19. The Court granted the parties a stay in the same month, while investigations continued into whether the remedy needed to be modified. *See* DN 21.

Thereafter in 2023, with EPA's approval and oversight, Ameren commenced to implement various interim remedial measures within OU4 to mitigate these groundwater impacts.

From 2023 through 2025, Ameren prepared and submitted to EPA a series of technical reports including the following: a Supplemental Remedial Investigation Report (SRI Report); a Focused Feasibility Study (FFS), and an updated "Screening and Ecological Risk Assessment, a Groundwater Flow Monitoring Report and a Conceptual Site Model" (CSM) report. The FFS includes an evaluation of alternative remedial actions. Ameren submitted several proposed versions of the SRI Report and FFS and EPA provided several sets of comments on those reports. The CSM report provides a foundation for the SRI Report and FFS. The SRI Report and FFS are currently under EPA review.

In January 2026, Ameren proposed a pilot study to evaluate the efficacy of a specific soil treatment at the substation following the removal and replacement of a large transformer which provided the opportunity for access to subsurface clays. The pilot study will both inform the parties regarding the appropriate treatment technology for the Site and will expedite the cleanup of the Site. Soil treatment commenced in May 2026 and is expected to conclude by December 2026. Thereafter, Ameren will produce a report documenting the results of the pilot study. EPA anticipates that it will be able to finalize the

FFS by October 2027. Once the final FFS Report is approved, EPA will evaluate and decide whether it must amend its June 2021 selection of the remedy for the Site. In the interim, groundwater impacts from VOCs outside of the substation are nearing non-detect at all OU4 monitoring well locations.

EPA anticipates that its determination regarding an amendment to its June 2021 remedy selection decision document thereafter will be embodied in an amended decision document. Following that, the parties will attempt to negotiate a revised consent decree to implement EPA's modified remedy. If they can reach an agreement they will submit the revised consent decree to the Court.

Respectfully Submitted

**FOR THE UNITED STATES**:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy and Natural resources Division

*/s/ Mark Gallagher*
Mark A. Gallagher (400620DC)
Senior Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Environmental Enforcement Section
Washington, DC 20044-7611
(202) 532-3321
mark.gallagher@usdoj.gov

**FOR THE STATE OF MISSOURI**:

CATHERINE L. HANAWAY
Attorney General

*/s/ Richard N. Groeneman*
Richard N. Groeneman
Assistant Attorney General
Federal Bar No.: 57157MO
815 Olive Street, Suite 200
P. O. Box 861
St. Louis, MO 63188
Telephone: (314) 340-7834
richard.groeneman@ago.mo.gov

**FOR UNION ELECTRIC COMPANY D/B/A AMEREN MISSOURI**:

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jonathan Potts*
Jonathan Potts
Joseph Madonia
One Metropolitan Square
211 N. Broadway, Suite
3600 St. Louis, MO 63102
(314) 259-2000
jonathan.potts@bclplaw.com

-------------------------------------------------------------

**CERTIFICATION**

I certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Mark Gallagher*
Mark Gallagher